UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No. CV 08-1561-ABC(RZx)          Date June 19, 2008

Title Graphic Communications Conf., etc. -vs- KC Photo Engraving et al.

========================================================

PRESENT:

HON. AUDREY B. COLLINS, DISTRICT JUDGE

Daphne Alex                          Not reported
Deputy Clerk                         Court Reporter

ATTORNEYS FOR PLAINTIFFS:            ATTORNEYS FOR DEFENDANTS:
Not Present                          Not Present

PROCEEDINGS:   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
               PROSECUTION

        IT IS ORDERED that plaintiff's counsel show cause in writing not
later than  July 11, 2008   why this action should not be dismissed for
lack of prosecution as to the defendant(s)  KC Photo Engraving  .

In accordance with Rule 78 of the Federal Rules of Civil Procedure and
Local Rule 78-1, no oral argument will be heard on this matter unless
ordered by the Court.  The Order to Show Cause will stand submitted upon
the filing of plaintiff(s)' response.  The Court will consider as a
satisfactory response the filing of the following on or before the date
shown above.

_____   Proof of service of summons and complaint on defendants_____

  X     Answer by defendants  named above
        or plaintiffs(s)' request for entry of default

  X     Plaintiff(s)' motion for entry of default judgment or request
        to the Clerk for entry of default judgment

  X     Stipulation and Order extending time to respond to complaint

Failure to file a timely response is deemed consent to the dismissal
without prejudice of the action as to the above defendants.

                                        Initials of Deputy Clerk D.A

MINUTES FORM 11
CIVIL-GEN